March 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LDF CONSTRUCTION, INC., Appellant

NO. 14-14-00113-CV            V.

TEXAS FRIENDS OF CHABAD LUBAVITCH, INC. D/B/A CHABAD
LUBAVITCH CENTER OF HOUSTON, Appellee

_____

This cause, an appeal from the order denying appellant, LDF Construction, Inc.'s, motion to compel arbitration and stay proceedings, signed December 11, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** with instructions for the trial court to compel arbitration and stay proceedings.

We further order that all costs incurred by reason of this appeal be paid by appellee, Texas Friends of Chabad Lubavitch, Inc. d/b/a Chabad Lubavitch Center of Houston.

We further order this decision certified below for observance.